**MAG INSTRUMENT, INC., Plaintiff–Appellant,**

v.

**The COLEMAN COMPANY, INC., Defendant–Appellee,**

and

**Does 1–10, Defendants.**

No. 2010–1279.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2011.

Rehearing Denied March 30, 2011.

Robert C. Weiss, Law Offices of Robert C. Weiss, of Manhattan Beach, CA, argued for plaintiff-appellant. With him on the brief were, Theodore S. Maceiko, Jones Day, of Los Angeles, CA, and Jerrold B. Reilly, Mag Instrument, Inc., of Ontario, CA.

Jonathan Rotter, Kaye Scholer, LLP, of Los Angeles, CA, argued for defendant-appellee. With him on the brief were Richard G. Greco, Aton Arbisser and Daniel P. Dinapoli.

LOURIE, BRYSON, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.